AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

MICROSOFT CORPORATION

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:

SIGNATURE P.C. LLC, a Rhode Island corporation a/k/a SIGNATURE COMPUTERS; KHANH VO, an individual, and JOHN VO, an individual

CA 05 144 T

TO: (Name and address of defendant)

Khanh Vo
Signature P.C. LLC, a/k/a Signature Computers
1177 Jefferson Blvd.
Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Darlene K. Alt
Raymond M. Ripple
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Francis P. McCab

DATE 4/7/05

(BY) DEPUTY CLERK

(2)

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 4/7/05 |
|---|---|
| NAME OF SERVER *(PRINT)* Michael F. Taliercio | TITLE Constable # 6109 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1177 Jefferson BLVD. Warwick R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __________

☐ Return unexecuted: __________

☐ Other *(specify)*: __________

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES # 40.00 | TOTAL # 40.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/7/05
*Date*

Michael F. Taliercio
*Signature of Server*

24 Tome ST. Cranston R.I.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

X Khaty