UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICROSOFT CORPORATION

vs. C.A. NO. 05-144ML

SIGNATURE, P.C., LLC, a/k/a
SIGNATURE COMPUTERS, et al

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
~~May~~ June 14, 2005

Entered as an Order of this Court on ~~May~~ June 15, 2005.

Barbara Barletta
Deputy Clerk