DEC/pap 4210-1
273543 8/15/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICROSOFT CORPORATION,
Plaintiff

VS. Civil Action No. CA 05-144 S

SIGNATURE P.C. LLC, a Rhode Island Corporation a/k/a SIGNATURE COMPUTERS; KHANH VO, an individual, and JOHN VO, an individual,
Defendants

## ENTRY OF APPEARANCE

I, Dennis E. Carley, hereby enter my appearance on behalf of all Defendants in the above-entitled matter.

DENNIS E. CARLEY (#3218)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (FAX) (401) 521-1328

## CERTIFICATION

I hereby certify that I mailed a copy of the within this 16th day of August, 2005, to the following:

Darlene K. Alt, Esq.
Raymond M. Ripple, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Mark J. Gladstone, Esq.
220 Forbes Road, Suite 301
Braintree, MA 02184

FILED 2005 AUG 16 P 4: 10 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND