DEC/pap 4210-1
273574 8/15/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICROSOFT CORPORATION,
Plaintiff

VS. Civil Action No. CA 05-144 S

SIGNATURE P.C. LLC, a Rhode Island Corporation a/k/a SIGNATURE COMPUTERS; KHANH VO, an individual, and JOHN VO, an individual,
Defendants

**ANSWER OF THE DEFENDANTS, SIGNATURE P.C. LLC AND KHANH VO, TO PLAINTIFF'S COMPLAINT**

Answering to the Plaintiff's Complaint, the defendant, Signature P.C. LLC and Khanh Vo, admit, deny and allege as follows:

1. The Defendants say that no response is necessary to the allegations of Paragraph 1 of the Complaint.

2. Denied.

3. Denied.

4. The Defendants say that no response is needed to the allegations of Paragraph 4 of the Complaint, except that the Defendants say that they have not realized illegal profits as alleged.

**THE PARTIES**

5. The Defendants neither admit nor deny the allegations contained in Paragraph 5 of the Complaint, and call upon the Plaintiff for proof of same.

6. The Defendants admit that Signature Computers P.C. LLC is a Rhode Island corporation previously doing business as Signature Computers. The Defendants say that Signature Computers is no longer in business, and has ceased operating.

7. The Defendants say that Khanh Vo was the controlling principal of Signature Computers, but denies that Khanh Vo resides and transacts substantial business in the district. The Defendants also deny the balance of the allegations as contained in Paragraph 7 of the Complaint.

8. Denied. At all times material hereto, John Vo had no ownership or connection with Signature Computers, did not reside or transact business in the district, and did not participate in the running of Signature Computers in any manner.

**JURISDICTION AND VENUE**

9. The Defendants say that no response is necessary to the allegations of Paragraph 9 of the Complaint.

10. The Defendants say that no response is necessary to the allegations of Paragraph 10 of the Complaint.

11. The Defendants say that no response is necessary to the allegations of Paragraph 11 of the Complaint, except to aver that John Vo has had no connection with the District of Rhode Island, and that jurisdiction over him is improper.

**FACTS COMMON TO ALL CLAIMS**

12. The Defendants neither admit nor deny the allegations contained in Paragraph 12 of the Complaint, and call upon the Plaintiff for proof of same.

13. The Defendants neither admit nor deny the allegations contained in Paragraph 13 of the Complaint, and call upon the Plaintiff for proof of same.

14. The Defendants neither admit or deny the allegations contained in Paragraph 14 of the Complaint, and call upon the Plaintiff for proof of same.

15. The Defendants neither admit nor deny the allegations contained in Paragraph 15 of the Complaint, and call upon the Plaintiff for proof of same.

16. The Defendants neither admit nor deny the allegations contained in Paragraph 16 of the Complaint, and call upon the Plaintiff for proof of same.

**DEFENDANTS' INFRINGEMENT**

17. The Defendants, Signature and Khanh Vo, deny that they are engaged in advertising, marketing, installation and distribution as alleged, and further say that Signature Computers is no longer in business, having closed its operation in the district.

18. Admitted.

19. The Defendants say that the Final Consent Judgment speaks for itself.

20. Denied.

21. The Defendants, Khanh Vo and Signature, neither admit nor deny the allegations as contained in Paragraph 21 of the Complaint, and call upon the Plaintiff for proof of same.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. If the Plaintiff has sustained any damages, the Defendants deny that they have been directly and proximately caused by the wrongful actions of the Defendants, Signature and Khanh Vo, as alleged, and further deny infringement of any copyrights, titles and slogans of the Plaintiff.

**COUNT I**
**(Copyright Infringement—Against All Defendants)**

28. The Defendants, Khanh Vo and Signature, repeat and reincorporate herein each and every response to the allegations set forth in Paragraphs 1 through 27, inclusive.

29. The Defendants call upon the Plaintiff for proof of the allegations as contained in Paragraph 29 of the Complaint.

30. Denied.

31. Denied.

32. The Defendants, Khanh Vo and Signature, deny the allegations as contained in Paragraph 32 of the Complaint.

33. Denied.

34. The Defendants say that Paragraph 34 calls for conclusions of law and fact, and deny committing any acts of infringement as alleged.

35. The Defendants say that Paragraph 35 calls for conclusions of law, to which no response is necessary.

**COUNT II**
**(TRADEMARK infringement—Against All Defendants)**

36. The Defendants repeat and reincorporate herein each and every response to the allegations set forth in Paragraphs 1 through 35, inclusive.

37. Denied.

38. The Defendants neither admit nor deny the allegations contained in Paragraph 38 of the Complaint, and call upon the Plaintiff for proof of same.

39. The Defendants neither admit or deny the allegations contained in Paragraph 39 of the Complaint, and call upon the Plaintiff for proof of same.

40. The Defendants deny that they have or continue to use, offer, advertise, market, install or distribute any infringing materials.

41. The Defendants deny any infringement activities as alleged, and deny that any action on their part is causing public confusion.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. The Defendants deny any infringement activity on their part, and say that the allegations of Paragraph 46 call for legal conclusions.

47. The Defendants say that Paragraph 47 calls for conclusions of law, to which no response is necessary.

## COUNT III
**(False Designation of Original, False Description, and False Representation of Microsoft Packaging—Against All Defendants)**

48. The Defendants repeat and reincorporate herein each and every response to the allegations set forth in Paragraphs 2 through 47 inclusive.

49. The Defendants neither admit nor deny the allegations contained in Paragraph 49 of the Complaint, and call upon the Plaintiff for proof of same.

50. The Defendants neither admit nor deny the allegations contained in Paragraph 50 of the Complaint, and call upon the Plaintiff for proof of same.

51. The Defendants neither admit nor deny the allegations contained in Paragraph 51 of the Complaint, and call upon the Plaintiff for proof of same.

52. The Defendants deny any wrongful conduct as alleged.

53. Denied.

54. Denied. The Defendants say that Signature Computer is no longer in business.

55. The Defendants deny any wrongful conduct.

## COUNT IV
**(Rhode Island Common Law Unfair Competition—Against All Defendants)**

56. The Defendants repeat and reincorporate herein each and every response to the allegations set forth in Paragraphs 1 through 55, inclusive.

57. The Defendants deny the acts and conduct alleged, and deny being engaged in unfair competition with the Plaintiff.

58. The Defendants deny the acts and conduct alleged, and in general deny the allegations contained in Paragraph 58 of the Complaint.

59. Denied.

## COUNT V
**(For Imposition of a Constructive Trust Upon Illegal Profits—Against All Defendants)**

60. The Defendants repeat and reincorporate herein each and every response to the allegations set forth in Paragraphs 1 through 59, inclusive.

61. The Defendants deny the allegations contained in Paragraph 61 of the Complaint.

62. Denied.

63. The Defendants deny that they hold illegally received money and profits as alleged.

64. Denied.

**COUNT VI**
**(Accounting—Against All Defendants)**

65. The Defendants repeat and reincorporate herein each and every response to the allegations set forth in Paragraphs 1 through 64, inclusive.

66. The Defendants say that no response is necessary, but deny all acts of infringement.

67. The Defendants say that no response is necessary, but deny all acts of infringement.

68. The Defendants say that no response is necessary hereunder.

WHEREFORE, the Defendants, Khanh Vo and Signature P.C. LLC a/k/a Signature Computers, respectfully request Judgment on their behalf against the Plaintiff herein, together with costs and attorney's fees incurred by them in the defense of heavy-handed and frivolous action against them.

KHANH VO AND
SIGNATURE P.C. LLC a/k/a
SIGNATURE COMPUTERS
By Their Attorneys,

DENNIS E. CARLEY (#3218)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (FAX) (401) 521-1328

**CERTIFICATION**

I hereby certify that I mailed a copy of the within this 16 day of August, 2005, to the following:

Darlene K. Alt, Esq.
Raymond M. Ripple, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Mark J. Gladstone, Esq.
220 Forbes Road, Suite 301
Braintree, MA 02184

Patricia A. Port

IP 5 10
FILED