UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. CA 05 144 S

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SIGNATURE P.C. LLC, a Rhode Island | ) |
| corporation a/k/a SIGNATURE COMPUTERS; | ) |
| KHANH VO, an Individual, and JOHN VO, an | ) |
| Individual, | ) |
| Defendants | ) |

**AFFIDAVIT OF JOHN VO**
**IN SUPPORT OF MOTION TO DISMISS**

Then personally appeared John Vo, who, being duly sworn, deposed and said the following:

1. My name is Hung D. Vo, a/k/a John Vo, and I, together with my wife Thuy Vo, reside in Irvine, California. I have reviewed the plaintiff's Complaint in the above-entitled matter as same relates to me and hereby affirmatively represent that despite the plaintiff's allegations in Paragraph 8 of the Complaint, I do not own, operate, control or have any other relationship with Signature P.C. LLC, a/k/a Signature Computers, the Rhode Island limited liability company.

2. I have never personally participated in or had the right and ability to direct and control any conduct on the part of this company, nor do I or have I received any financial benefit from this company in any way.

3. Attached hereto is a copy of the Articles of Organization of the Rhode Island Limited Liability Company known as Signature P.C. LLC. It is clear from the face of the attached document that Khanh Vo organized this entity and was the Manager of this entity. I had no involvement whatsoever in the organization of this company.

4. Responding to the allegations of Paragraph 17 of the Complaint, I am not engaged in advertising, marketing, installation or distribution of computer software, including Microsoft copyright programs, nor did I "distribute to an investigator a computer system with an infringing copy of Microsoft Windows" as is alleged in Paragraph 20.

5. I am not now, nor was I at any time relevant to the facts contained in the allegations in the Complaint, engaged in any business activity in the state of Rhode Island.

6. In May of 2004, I sold my house in Canton, Massachusetts and relocated with my family to California. I have no involvement in the sale of computers or computer parts in Rhode Island or otherwise.

7. I have attached hereto a copy of my California motor vehicle driver's license and the Settlement Statement from the sale of my Massachusetts home in May of 2004.

***SIGNED** under the pains and penalties of perjury this 17th day of August, 2005.*

JOHN VO, a/k/a HUNG D. VO

STATE OF CALIFORNIA

COUNTY OF Los Angeles, SS.

On this 17th day of August, 2005, before me, the undersigned notary public, personally appeared JOHN VO, a/k/a HUNG D. VO, proved to me through satisfactory evidence of identification, which was CA driver's license, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

GEORGINA HERNANDEZ LOPEZ
COMM. #1388950
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. Dec 3, 2006

Notary Public:

My commission expires: 12/3/06

(Litiga:Vo, John.Affidavit in Support of Motion To Dismiss)

**Filing Fee: $150.00** **ID Number: __________**

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Office of the Secretary of State
Corporations Division
100 North Main Street
Providence, Rhode Island 02903-1335

## LIMITED LIABILITY COMPANY

## ARTICLES OF ORGANIZATION
**(To Be Filed In Duplicate)**

Pursuant to the provisions of Chapter 7-16 of the General Laws, 1956, as amended, the following Articles of Organization are adopted for the limited liability company to be organized hereby:

1. The name of the limited liability company is:

   Signature P.C. LLC

2. The address of the limited liability company's resident agent in Rhode Island is:

   1177 Jefferson Blvd (Street Address, not P.O. Box) Warwick (City/Town), RI 02886 (Zip Code)

   and the name of the resident agent at such address is Khanh Vo (Name of Agent)

3. Under the terms of these Articles of Organization and any written operating agreement made or intended to be made, the limited liability company is intended to be treated for purposes of federal income taxation as:

   ***(Check one box only)***

   ☐ a partnership *or* ☐ a corporation *or* ☐ disregarded as an entity separate from its member

4. The address of the principal office of the limited liability company if it is determined at the time of organization:

   1177 Jefferson Blvd, Warwick RI 02886

   *(If not determined, so state)*

5. The limited liability company has the purpose of engaging in any lawful business, and shall have perpetual existence until dissolved or terminated in accordance with Chapter 7-16, unless a more limited purpose or duration is set forth in paragraph 6 of these Articles of Organization.

   Its purpose is to purchase, build, sellcomputers, sofware and/or any associated parts.

Form No. 400
Revised: 10/15/02

6. Additional provisions, if any, not ɔnsistent with law, which the members ε to have set forth in these Articles of Organization, including, but not limited to, any limitation of the purposes or duration for which the limited liability company is formed, and any other provision which may be included in an operating agreement:

none

7. The limited liability company is to be managed by:

*(Check one box only)*

☐ its members *or* ☐ by one (1) or more managers

8. If the limited liability company has managers at the time of filing these Articles of Organization, state the name and address of each manager:

| Manager | Address |
|---|---|
| Khanh Vo | 1177 Jefferson Blvd, Warwick, RI 02886 |

9. The date these Articles of Organization are to become effective, if later than the date of filing, is:

(not prior to, nor more than 30 days after, the filing of these Articles of Organization)

Under penalty of perjury, I declare and affirm that I have examined these Articles of Organization, including any accompanying attachments, and that all statements contained herein are true and correct.

Date:

Signature of Authorized Person