DEC/dmh 4210-1
274082 8/19/05

RECEIVED
AUG 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICROSOFT CORPORATION,
Plaintiff

VS. Civil Action No. CA 05-144 T

SIGNATURE P.C. LLC, a Rhode Island Corporation a/k/a SIGNATURE COMPUTERS; KHANH VO, an individual, and JOHN VO, an individual,
Defendants

## STIPULATION

The undersigned agree to extend the time to August 23, 2005 for Defendant, John Vo, to answer the Plaintiff's Complaint.

DENNIS E. CARLEY (#3218)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
Attorney for Defendant, John Vo
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (FAX) (401) 521-1328

Raymond M. Ripple, Esq.
EDWARDS & ANGELL LLP
Attorneys for Plaintiff
Microsoft Corporation
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200 FAX (401) 276-6611

Date: August 19, 2005

ENTER

Ernest C. Torres
Chief, U.S. District Judge
8/23/05