DEC/pap 4210-1
273601 8/15/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED 2005

MICROSOFT CORPORATION,
Plaintiff

VS. Civil Action No. CA 05-144 S

SIGNATURE P.C. LLC, a Rhode Island Corporation a/k/a SIGNATURE COMPUTERS; KHANH VO, an individual, and JOHN VO, an individual,
Defendants

**STIPULATION**

The undersigned agree that Defendants, Signature P.C. LLC, Khanh Vo and John Vo, have an extension of time until August 19, 2005, within which to file an Answer to Plaintiff's Complaint.

DENNIS E. CARLEY (#3218)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
Attorney for Defendants
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (FAX) (401) 521-1328

Darlene K. Alt #6345
EDWARDS & ANGELL LLP
Attorneys for Plaintiff
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200 FAX (401) 276-6611

Date: August 15, 2005

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 8/25/05