UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICROSOFT CORPORATION )
)
Plaintiff, )
)
v. ) Civil Action No. 05-144T
)
)
SIGNATURE P.C. LLC, a Rhode Island corporation a/k/a SIGNATURE COMPUTERS; KHANH VO, an individual, and JOHN VO, an individual )
)
Defendants. )

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure Rule 6(b)(1), Plaintiff Microsoft Corporation ("Plaintiff") hereby moves the Court for an extension of time up to and including September 20, 2005, in order to file its Opposition to Defendant John Vo's ("Defendant") Motion to Dismiss for Lack of Personal Jurisdiction. This is Plaintiff's first request for such an extension. Defendant's counsel assents to the extension of time.

MICROSOFT CORPORATION

By its Attorneys,

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 2nd day of September, 2005, I caused a copy of the within Assented to Motion to be served by first class mail, postage prepaid, to the following counsel of record:

Dennis E. Carley, Esq.
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street, 8th Floor
Providence, RI 02903