D&B
Decide with Confidence

To save report(s) to your PC, click here for instructions. Print this Report

# D&B Business Information Report: SIGNATURE COMPUTER

Copyright 2005 Dun & Bradstreet - Provided under contract
for the exclusive use of subscriber 263712463L

ATTN: 41826-5022 c. holland / CW Report Printed: MAR 25 2005

## * * * BUSINESS SUMMARY * * *

SIGNATURE COMPUTER
1137 N Main St
Randolph, MA 02368

This is a headquarters location.
Branch(es) or division(s) exist.

| | |
|---|---|
| Mailing address: | PO Box 1235<br>Randolph, MA 02368 |
| Telephone: | 781 961-6700 |
| Manager: | JOHN VO, PARTNER |
| Year started: | 1989 |
| Management control: | 1994 |
| Employs: | 9 (5 here) |
| History: | CLEAR |
| SIC: | 5734<br>5045 |
| Line of business: | Whol & ret computers |

| | |
|---|---|
| D-U-N-S® Number: | 80-997-1328 |
| D&B Rating: | -- |
| D&B PAYDEX®: | |
| 12-Month D&B PAYDEX: | 65 |

When weighted by dollar amount, payments to suppliers average 19 days beyond terms.

Based on trade collected over last 12 months.

## * * * SUMMARY ANALYSIS * * *

D&B Rating: --

The blank rating symbol should not be interpreted as indicating that credit should be denied. It simply means that the information available to D&B does not permit us to classify the company within our rating key and that further enquiry should be made before reaching a decision. Some reasons for using a

Business started 1989 by others. Present control succeeded Jan 1994. Purchase price undetermined.

JOHN VO. Antecedents were declined.

---

## * * * CORPORATE FAMILY * * *

The following global corporate family members are related to this business. Members are listed alphabetically first by company name, then by country or U.S. state, then by city.

Branches (US):

| | | |
|---|---|---|
| Signature Computer . | Warwick, RI | 86-135-5816 |

## * * * OPERATIONS * * *

02/20/2004

Description: Wholesales (50%) and retails (50%) personal computers.

Terms are net 30 days. Sells to general public and commercial concerns. Territory : New England.

Employees: 9 which includes partners. 5 employed here.

Facilities: Occupies 2,500 sq. ft. in a one story building.

Location: Suburban business section on main street.

Branches: Subject maintains a branch with similar operations at 155 Jefferson Blvd, Warwick, RI 02888.

## * * * SIC & NAICS * * *

SIC: Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

57349901 Personal computers
50459904 Computers and accessories, personal and home entertainment

NAICS:

443120 Computer and Software Stores
423430 Computer and Computer Peripheral Equipment and Software Merchant Wholesalers