4541318-0 Original INVOICE

ACCT#: 1052330000 Page 1 of 1 06/23/04

SHIP TO:
J K COMPUTERS
DBA SIGNATURE COMPUTERS
1177 Jefferson Blvd

Warwick RI 02886

SHIP FROM:
D & H DISTRIBUTING
PHONE: (781) 961-2100
58 TEED DRIVE

RANDOLPH MA 02368

| QTY | BO | ITEM # | UPC | DESCRIPTION | PRICE | EXT AMT. |
|---|---|---|---|---|---|---|
| 1 | 0 | HP6110 | 0808736330831 | HP OfficeJet All-in-One 6110 | 276.75 | 276.75 |
| S/N: SMY43GH6281 | | | | | | |
| 1 | 0 | OEMWIN2K4PRO3PK | 0805529347533 | MS WINDOWS 2K PRO SR4 OEM 3pk | 404.29 | 404.29 |
| | | | | Frt/Handling | | No Charge |

000095

| Shipped | Dept | Cust. PO# | Exempt# | SlsPrsn | Dept | Appr | Terms | Due | |
|---|---|---|---|---|---|---|---|---|---|
| Pickup | | | 05-0474634 | HA9 | CPD | | Nt30 | 07/23/04 | $681.04 |

*Thank you for your order.*

PgPcs: 2 SABos
TtlPcs: 2 Wght: 28.7 lbs - @ 10:34

SOLD TO:
J K COMPUTERS
Khanh
1177 Jefferson Blvd
Warwick RI 02886

Shipment of goods pursuant to any purchase orders placed by Buyer does NOT constitute acceptance by Seller of any of the terms and conditions of such purchase orders except as to identification and quantity of goods involved. Seller makes no warranty of merchantability of the goods sold under these conditions of sale, and seller makes no warranty that the goods sold under these conditions of sale are fit for any particular purpose. All claims for damage or discrepancies must be made within two days after receipt of the goods.

*** REMIT TO ***
D&H Distributing Co.
P.O. Box 406942
Atlanta, GA 30384-6942