THIS FINANCING STATEMENT IS PRESENTED TO A FILING OFFICER FOR FILING PURSUANT TO THE UNIFORM COMMERCIAL CODE:

| 1. Debtor(s) (last Name First) and address(es) | 2. Secured Party(ies) and address(es) | 3. Maturity date (if any): For Filing Officer (date, Time, Number, and Filing Office) |
|---|---|---|
| JK INC.<br><br>DBA SIGNATURE COMPUTERS<br>155 JEFFERSON BLVD.<br>WARWICK, RI 02886<br><br>SS#: | D & H Distributing<br>2525 N. 7th Street<br>Harrisburg, PA 17110<br>Tax ID/Social Security No23 0506415 | 6 5 8 6 9 0<br>658690<br>11-6-96 |

4. This financing statement covers the following types (or items) of property:

(a) "Inventory Collateral" - all of the personal property of the DEBTOR considered to be inventory within the contemplation of Uniform Commercial Code now owned or hereafter acquired, and further including the products and proceeds of all the foregoing and all additions or accessions thereto.

(b) "Non-Inventory Collateral" - all documents, instruments, general intangibles, chattel paper, accounts and contract rights (such terms having the meanings ascribed by the Uniform Commercial Code) of DEBTOR now existing or hereafter acquired, and all proceeds of the Inventory Collateral and Non-Inventory Collateral and further including all furniture, fixtures, and equipment now owned or hereafter acquired, and the proceeds thereof.

5. Assignee(s) of Secured Party and Address(es)

Nov 6 9 30 AM '96

This statement is filed without the debtor's signature to perfect a security interest in collateral. (check ☒ if so)

☐ already subject to a security interest in another jurisdiction when it was brought into this state.
☐ which is proceeds of the original collateral described above in which a security interest was perfected;

Filed with: Rhode Island
841565-40 101

Check ☒ if covered: ☒ Proceeds of Collateral are also covered. ☐ Products of Collateral are also covered. No. of additional Sheets presented:

JK INC.
hung vo
president

By: [signature] OCT 17, 96
Signature(s) of Debtors(s)

D & H Distributing
By: [signature] Credit Admin Mgr 10/29/96
Signature(s) of Second Party(ies)

Return Ack To: Data File Services, Inc. P. O. Box 275 Van Nuys, CA 91408-0275

STATE OF Rhode Island

Return Ack To: Data File Services, Inc. P. O. Box 275 Van Nuys, CA 91408-0275

(1) Filing Officer Copy - Alphabetical

Prepared with UCC Direct for Windows Data File Services, Inc., P.O. Box 275, Van Nuys, CA 91408 (818) 909-2200

[redacted]

RECEIVED
RI SECRETARY OF STATE
UCC DIVISION
2001 AUG 29 AM 10: 28

RECEIVED
RI SECRETARY OF STATE
UCC DIVISION
2001 AUG 17 AM 11: 03

8-25-01

001720

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone (800) 331-3282 Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)

UCC Direct Services
P.O. Box 29071
Glendale, CA 91209-9071
JK INC.

1015 D & H Dist
841565.1-30-1

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
658690 11-06-96 SS RI

1b. [ ] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [X] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
[ ] CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
[ ] DELETE name: Give record name to be deleted in item 6a or 6b.
[ ] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME
JK INC.

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. TAX I.D.#: SSN or EIN | OPTIONAL ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL I.D. #, if any |
|---|---|---|---|---|
| | | | | [ ] NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
D & H Distributing

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA



Prepared by UCC Direct Services, P.O. Box 29071 Glendale, CA 91209-9071 Tel (800) 331-3282