DEC/pap 4210-1
277501 9/28/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICROSOFT CORPORATION,
Plaintiff

VS. C. A. No. 05-144T

SIGNATURE P.C. LLC, a Rhode Island Corporation a/k/a SIGNATURE COMPUTERS; KHANH VO, an individual, and JOHN VO, an individual,
Defendants

**DEFENDANT, JOHN VO'S, RESPONSE TO MICROSOFT CORPORATION'S MOTION TO STAY DECISION ON MOTION TO DISMISS**

Defendant, John Vo, does not object to Microsoft Corporation's Motion to Stay Decision with respect to this Defendant's Motion to Dismiss.

Respectfully submitted,
DEFENDANT,
John Vo
By His Attorneys,

DENNIS E. CARLEY (#3218)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (FAX) (401) 521-1328

Mark J. Gladstone, Esq. BBO#194000
220 Forbes Road, Suite 301
Braintree, MA 02184

CERTIFICATION

I hereby certify that I mailed a copy of the within this 28 day of September, 2005, to the following:

Darlene K. Alt, Esq.
Raymond M. Ripple, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Mark J. Gladstone, Esq.
220 Forbes Road, Suite 301
Braintree, MA 02184

Patricia A. Post