FILED

SEP 2 0 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICROSOFT CORPORATION

Plaintiff,

v.

SIGNATURE P.C. LLC, a Rhode Island corporation a/k/a SIGNATURE COMPUTERS; KHANH VO, an individual, and JOHN VO, an individual

Defendants.

Civil Action No. 05-144T

# MICROSOFT CORPORATION'S MOTION TO STAY DECISION ON DEFENDANT JOHN VO'S MOTION TO DISMISS

Plaintiff Microsoft Corporation ("Microsoft") hereby respectfully requests that this Honorable Court stay its decision on Defendant John Vo's ("Defendant") motion to dismiss the Complaint, pursuant to Fed. R. Civ. P. 12(b)(2), to allow Microsoft to conduct limited discovery on John Vo's contacts with the State of Rhode Island. Microsoft submits the accompanying memorandum of law in support of its motion.

There being no objection the motion is GRANTED. The decision on Defendant Vo's Motion to Dismiss is stayed for 90 days.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
October 6, 2005

MICROSOFT CORPORATION

By its Attorneys,

Darlene K Alt

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)