UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICROSOFT CORPORATION )
)
Plaintiff, )
)
v. ) Civil Action No. 05-144T
)
SIGNATURE P.C. LLC, a Rhode Island corporation a/k/a SIGNATURE COMPUTERS; KHANH VO, an individual, and JOHN VO, an individual )
)
Defendants. )

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Plaintiff Microsoft Corporation ("Microsoft") hereby moves that Katherine M. Dugdale be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

☒ The case involves the following complex area of the law in which *pro hac vice* specializes: This litigation involves trademark and copyright law in which Ms. Dugdale specializes.

☒ *Pro hac vice* counsel's long-standing representation of the client: Ms. Dugdale has represented Microsoft for over seven years and currently represents the company in several other trademark and copyright infringement actions pending in other jurisdictions involving similar issues.

☒ The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel as follows: This case will require the parties to conduct discovery in California because defendant John Vo currently resides there. Ms. Dugdale currently practices California and as such it would be cost effective and convenient for Microsoft to have her admitted as associate trial counsel in this matter.

MICROSOFT CORPORATION

By its Attorneys,

Darlene K Alt

Darlene K. Alt (#6345)
Aram C. Bloom (#6847)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Date: October 26, 2005

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I certify that I am a member in good standing of the bar of the State of California, the United States District Courts for the Central, Southern, Northern and Eastern Districts of California, the United States Court of Appeals for the Second and Ninth Circuits, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted, or applied to be admitted, to any case in this district within the preceding 24 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Katherine M. Dugdale
Perkins Coie, LLP
1620-26th Street, Sixth Floor
Santa Monica, CA 90404
Tel: (310) 788-3200
Fax: (310) 788-3399

Darlene K. Alt (#6345)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**ORDER**

This motion is hereby Granted.

Ernest C Torres / [illegible]
U.S. District Judge

Dated: 11/14/05

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 26th day of October, 2005, I caused a true copy of the within Motion For Entry of Appearance *Pro Hac Vice* to be served by first class mail, postage prepaid, to the following counsel of record:

Dennis E. Carley
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808

Mark J. Gladstone
Mark J. Gladstone PC
220 Forbes Road, Suite 301
Braintree, MA 02184

Darlene K Orr