COPY
KMM

RECEIVED
SEP 2000
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIGNATURE COMPUTERS aka SIGNATURE COMPUTERS, INC., a business of unknown classification; KHANH VO dba SIGNATURE COMPUTERS; KHANH VO, an individual; JOHN VO dba SIGNATURE COMPUTERS; and JOHN VO, an individual,<br><br>Defendants. | Civil Action No. 99-0309T<br><br>**FINAL CONSENT JUDGMENT** |

WHEREAS Plaintiff Microsoft Corporation ("Microsoft") and Defendants Signature Computers a/k/a Signature Computers, Inc.; Khanh Vo; and John Vo (jointly and severally the "Defendants") have executed a Settlement Agreement and Release in settlement of this matter;

**IT IS HEREBY STIPULATED BY AND BETWEEN MICROSOFT AND DEFENDANTS, AND ORDERED BY THE COURT, AS FOLLOWS:**

1. Judgment on the merits shall be entered in favor of Microsoft and against each Defendant jointly and severally in the amount of $42,000, said judgment having now been satisfied, with each party bearing its own costs and attorneys' fees;

17

2. Defendants, along with their respective directors, principals, officers, agents, servants, employees, representatives, successors, and assigns, and all those persons or entities acting in concert or participation with them (the "Enjoined Parties") shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

(1) 1,256,083 ("MICROSOFT");

(2) 1,200,236 ("MICROSOFT");

(3) 1,816,354 (WINDOWS FLAG LOGO);

(4) 1,872,264 ("WINDOWS");

(5) 1,815,350 (COLORED WINDOWS LOGO);

(6) 1,982,562 (PUZZLE PIECE LOGO);

(7) 1,475,795 ("POWERPOINT");

(8) 1,741,086 ("MICROSOFT ACCESS");

(9) 1,739,829 ("MICROSOFT ACCESS"); and

(10) 1,592,783 ("BOOKSHELF").

or the software programs protected by the following Certificates of Copyright Registration Nos.:

(1) Txu 649-511 ("Windows 95");

(2) TX 4-395-984 ("Office Pro 97");

(3) TX 4-395-639 ("Access 97");

(4) TX 4-395-640 ("Excel 97");

(5) TX 4-395-686 ("Outlook 97");

(6) TX 4-395-685 ("PowerPoint 97");

(7) TX 4-395-687 ("Word 97"); and

any other works now or hereafter protected by any Microsoft trademark or copyright;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Section (2)(a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Section (2)(a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, item or thing not authorized or licensed by Microsoft;

(d) engaging in any other activity constituting an infringement of Microsoft's registered trademarks, service mark and/or copyrights or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill;

(e) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, item thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(f) using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected Software Programs in any of Defendants' trade or corporate names;

(g) disposing of or destroying any documents or related materials that indicate, reference, or otherwise evidence that Defendants have installed, marketed, manufactured, distributed, advertised, or duplicated counterfeit or infringing software programs

or other items which either bear any of Microsoft's trademarks or service mark, or incorporate or include any of Microsoft's copyrighted software programs, or any other simulations, copies, colorable imitations, or counterfeits of any of Microsoft's copyrighted and/or trademark protected software programs;

(h) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights; and

(i) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (h) above.

3. No later than five (5) days after entry of this Final Consent Judgment, Defendants shall deliver to Microsoft any unauthorized, infringing, or counterfeit copies of any Microsoft product in the possession, power, custody, or control of any Defendant.

4. Defendants shall cooperate with Microsoft in its efforts to combat the manufacture and distribution of counterfeit or otherwise infringing Microsoft products (including, but not limited to, software, manuals, CD-ROMs, diskettes, holograms, and certificates of authenticity). Such cooperation shall include without limitation the prompt provision of any information of which they may become aware on these subjects; and the delivery to Microsoft, upon entry of this Final Consent Judgment, of copies of any invoices, and, if invoices are unavailable, the provision of company names, individuals' names, addresses, and telephone numbers sufficient to identify those persons who supplied Defendants with purported Microsoft product.

5. This Court shall retain jurisdiction to enforce the Settlement Agreement and Release and this Final Consent Judgment as executed by Microsoft and Defendants in this action, and to determine whether any Defendant has breached or violated any term or terms of the Settlement Agreement and Release or this Final Consent Judgment.

6. In the event of a default or breach of any provision of the Settlement Agreement and Release or this Final Consent Judgment by any Defendant, Microsoft shall be entitled to all costs and expenses arising out of said default or breach, including without limitation reasonable attorneys' fees, paid or incurred by Microsoft in enforcing and in obtaining performance by Defendant(s) of the terms of the Settlement Agreement and Release or this Final Consent Judgment, in addition to any fines, damages, and/or injunctive relief awarded by the Court.

**IT IS SO STIPULATED.**

For Plaintiff MICROSOFT CORPORATION,

Dated: __________

By ____________________
Counsel for Plaintiff
MICROSOFT CORPORATION

For Plaintiff MICROSOFT CORPORATION

Dated: 9\11\00

By ____________________

For Defendant SIGNATURE COMPUTERS a/k/a SIGNATURE COMPUTERS, INC.

Dated: 8/31/00

By ____________________

Defendant KHANH VO

Dated: 8/31/00

____________________

Defendant JOHN VO

Dated: 8/31/00

____________________

For Defendants SIGNATURE COMPUTERS
a/k/a SIGNATURE COMPUTERS, INC.,
KHANH VO, and JOHN VO

Dated: 8-31-00

By William C Clifton
Counsel for Defendants

**ORDER**

**GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.**

Dated: ______________

Ernest C Torres
THE HONORABLE ERNEST C. TORRES
United States District Judge
10/3/00

BOS1 #1030711 v1