UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICROSOFT CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>SIGNATURE P.C. LLC, a Rhode Island corporation a/k/a SIGNATURE COMPUTERS; KHANH VO, an individual, and JOHN VO, an individual<br><br>Defendants. | ) | Civil Action No. 05-144T |

**CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE that effective immediately the firm of Edwards & Angell, LLP has changed its name to **EDWARDS ANGELL PALMER & DODGE LLP**.

Dated: January 19, 2006

MICROSOFT CORPORATION

By its Attorneys,

Darlene Alt

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Katherine M. Dugale (admitted *pro hac vice*)
Perkins Coie LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
310 788.3200
310 843.1269 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January 2006, a true and accurate copy of the within Change of Firm Name was served via United States Mail to:

Dennis E. Carley
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808

Mark J. Gladstone
220 Forbes Road
Suite 301
Braintree, MA 02184

____________________________