UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 30 2006
Property of U.S. District Court
District of Rhode Island

MICROSOFT CORPORATION )
)
Plaintiff, )
)
v. ) C.A. No. 05-144T
)
)
SIGNATURE P.C. LLC, a Rhode Island corporation a/k/a SIGNATURE COMPUTERS; KHANH VO, an individual, and JOHN VO, an individual )
)
Defendants. )

## FINAL CONSENT JUDGMENT

WHEREAS Plaintiff Microsoft Corporation ("Microsoft") and Defendants Signature P.C. LLC also known as Signature Computers, Khanh Vo and John Vo, (jointly and severally the "Defendants") have executed a Settlement Agreement and General Release in settlement of this matter;

**IT IS HEREBY STIPULATED BY AND BETWEEN MICROSOFT AND DEFENDANTS, AND ORDERED BY THE COURT, AS FOLLOWS:**

1. Judgment on the merits shall be entered in favor of Microsoft and against each Defendant jointly and severally in the amount of $60,000 with each party bearing its own costs and attorneys' fees;

2. Defendants, along with their respective directors, principals, officers, agents, servants, employees, representatives, successors, and assigns, and all those persons or entities acting in concert or participation with them (the "Enjoined Parties") shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, certificates of authenticity ("COA"), end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

(1) 1,200,236 ("MICROSOFT");

(2) 1,256,083 ("MICROSOFT");

(3) 1,872,264 ("WINDOWS");

(4) 1,815,350 (COLORED WINDOWS LOGO);

(5) 2,744,843 (FLAG DESIGN);

or the software programs, components, items or things protected by the following Certificate of Copyright Registration No.:

(1) TX 4-687-920 ("Windows 98");

(2) TX 5-407-055 ("Windows XP");

(3) TX 5-036-267 ("Windows 2000 Professional");

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, COA, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the

manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, COA, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, COA, EULA, item, or thing that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e) using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f) engaging in any other activity constituting an illegal distribution of any Microsoft item and/or an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights; or constituting any dilution of Microsoft's name, reputation, or goodwill; or acquiring, distributing, offering for distribution, circulating, selling, offering for sale, or importing any illegal software programs, components, COAs, EULAs, or items; and

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

3. This Court shall retain jurisdiction to enforce the Settlement Agreement and General Release and this Final Consent Judgment as executed by Microsoft and Defendants in this action and to determine whether any Defendant has breached or violated any term or terms of the Settlement Agreement and General Release or this Final Consent Judgment.

AGREED TO BY COUNSEL FOR THE PARTIES:

FOR THE PLAINTIFF,

Microsoft Corporation

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

FOR THE DEFENDANTS,

Signature P.C. LLC, a/k/a
Signature Computers; Khanh Vo;
and John Vo

Dennis Carley (#3218)
ROBERTS CARROLL FELDSTEIN
& PIERCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000
(401) 521-1328 (Fax)

IT IS SO STIPULATED.

DATED: ~~April~~ MAY 16, 2006

SIGNATURE P.C. LLC a/k/a SIGNATURE COMPUTERS

By: [signature]

DATED: ~~April~~ MAY 16, 2006

KHANH VO

[signature]

By: Khanh Vo

DATED: April 30th, 2006

JOHN VO

[signature]

By: John Vo

DATED: April __, 2006

MICROSOFT CORPORATION, a Washington corporation

[signature]

By: Nancy J. Anderson

**ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Dated: 6/30/06

[signature]

THE HONORABLE ERNEST C. TORRES
United States District Judge